FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

SEP 0 1 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jessie Hill, | ) | CIV 03-1088-PHX-EHC |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | |
| | ) | |
| Friedman Companies, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A scheduling conference will be held in the above entitled action on **October 23, 2003 at the hour of 4:15 a.m.** Counsel are directed to Rule 16 of the Federal Rules of Civil Procedure for the objectives of the conference. At least one of the attorneys for each party attending the conference shall have authority to enter into stipulations and make admissions regarding all matters which may be discussed.

Parties are directed to meet at least 14 days before the conference, in accordance with Rule 26(f), Federal Rules of Civil Procedure, to discuss the following matters:

A.  Any matters relating to jurisdiction or venue or the joinder of additional parties;

B.  The nature and bases of their claims and defenses and the possibilities for a prompt settlement or resolution of the case;

C.  A schedule of all pre-trial proceedings;



     D.    Modification of pre-trial procedures due to the simplicity or complexity of the case;

     E.    Arrangements for Initial Disclosures in compliance with Rule 26(a)(1), Federal Rules of Civil Procedure. Unless otherwise stipulated or directed by the Court, Initial Disclosures shall be made at or within 10 days after the meeting of the parties; and

     F.    Any other matters which counsel may believe will help dispose of the matter in an efficient manner.

     G.    At this meeting Parties shall develop a **Proposed Discovery Plan** which shall include proposals concerning:

         1.    Suggested changes in the timing, form, or requirement for disclosures under Rule 26(a), Federal Rules of Civil Procedure, including a statement of when Initial Disclosures were made or will be made;

         2.    The scope of discovery, when discovery should be completed, and whether discovery should be conducted in phases or should be limited to or focused upon particular issues. For example, where dispositive motions will be filed (*e.g.*, motions for summary judgment or a defense relying on the statute of limitations) counsel should consider limiting discovery to the issue at hand until the court has ruled on the motion; and

         3.    Suggested changes, if any, in the limitations on discovery imposed by Local Rule 2.12.

     Counsel are expected to comply with Rule 26, Federal Rules of Civil Procedure, and to minimize the expense of discovery.

     H.    Counsel shall file with the Court, not less than seven days before this scheduling conference, a **joint report** reflecting the results of their meeting and outlining the discovery plan. The

report shall include individually numbered brief statements indicating:

    1.    The nature of the case: the factual and legal basis of Plaintiffs' claims and Defendants' defenses.

    2.    The factual and legal issues genuinely in dispute and whether they can be narrowed by stipulation or motions.

    3.    The jurisdictional basis of the case, citing specific statutes.

    4.    The parties, if any, that have not been served.

    5.    The names of parties not subject to the Court's jurisdiction.

    6.    Whether there are further dispositive or partially dispositive issues to be decided by pre-trial motions.

    7.    Whether the case is suitable for reference to arbitration, to a master, or to a United States Magistrate Judge for trial.

    8.    The status of related cases pending before other judges of this court or before other courts.

    9.    A statement of when Initial Disclosures were made or will be made, or any proposed changes in the requirements for Initial Disclosures set forth in Rule 26(a), Federal Rules of Civil Procedure.

    10.    Suggested changes, if any, in the limitations on discovery imposed by Local Rule 2.12.

    11.    Proposed deadlines for:

    (a) discovery;

    (b) filing dispositive motions;

          (c) disclosure of expert testimony under Rule 26(a)(2)(C), Federal Rules of Civil Procedure; and

          (d) filing pre-trial statement.

    12.  Estimated length of trial.

    13.  Whether a jury trial has been requested.

    14.  The prospects for settlement. Does any party wish to have a settlement conference with another District Judge or Magistrate Judge? How can settlement efforts be assisted?

    15.  Any unusual, difficult, or complex problems affecting the conduct of the case or which would require the case to be placed on the complex track for case management purposes pursuant to Local Rule 2.12.

    16.  Any other matters which counsel believe will aid the Court in expediting the disposition of this matter efficiently.

After the conference the Court will enter an Order limiting the time within which counsel may file pre-trial motions, complete discovery, and file the proposed pre-trial order. The Court's Order shall control the course of the action unless modified by subsequent Order.

Out-of-state counsel may participate in the scheduling conference by telephone by **advance arrangement**, contacting the Court at (602) 322-7530.

Dated this _____ day of August 2003.

                                   _____
                                   Earl H. Carroll,
                                   United States District Judge

cc: all counsel of record