# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessie Hill III,<br><br>    Plaintiff,<br><br>    v.<br><br>The Friedman Companies; Friedman Recycling Company, an Arizona corporation; Friedman Waste Control Systems, an Arizona corporation; Bill Bavaro,<br><br>    Defendants. | No. CIV 03-1088 PHX DGC<br><br>**ORDER EXTENDING DEADLINE FOR COMPLETION OF FACT DISCOVERY** |

Pursuant to the Parties' Joint Motion to Extend Deadline for Completion of Fact Discovery, and with good cause appearing, IT IS HEREBY ORDERED:

The deadline for completion of fact discovery in this matter is extended from May 28, 2004 until June 25, 2004. Accordingly, the related time limitations outlined in paragraph 4 of the Case Management Plan shall be calculated based upon a discovery deadline of June 25, 2004.

DATED this 26th day of April, 2004.

_____
The Honorable David G. Campbell
United States District Court Judge

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX