# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jessie Hill III,

    Plaintiff,

vs.

The Friedman Companies; Friedman Recycling Company, an Arizona corporation; Friedman Waste Control Systems, an Arizona corporation; Bill Bavaro,

    Defendants.

No. CV 03-1088 PHX DGC

**ORDER**

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter 30 days from the date of this Order without further leave of Court.

DATED this 24th day of May, 2005.

David G. Campbell
United States District Judge