FILED ___ LODGED ✗
RECEIVED ___ COPY ___

JUL 1 2 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessie Hill III, | No. CIV 03-1088 PHX DGC |
| Plaintiff, | |
| v. | ORDER |
| The Friedman Companies; Friedman Recycling Company, an Arizona corporation; Friedman Waste Control Systems, an Arizona corporation; Bill Bavaro, | |
| Defendants. | |

Pursuant to stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that all of the claims and this entire action are dismissed with prejudice, and each party is to bear their own costs and attorneys' fees.

DATED this 14th day of July, 2005.

_____
The Honorable David G. Campbell
United States District Court Judge

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX